**Appeal Reinstated and Order filed November 4, 2021**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-21-00552-CV
_____

## IN THE INTEREST OF K.J., A CHILD

---

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-269944**

---

## ORDER

This is an appeal from a judgment terminating the parental rights of appellant, L.B. On October 26, 2021, we abated this appeal and ordered the trial court judge to conduct a hearing to determine whether appellant desired to prosecute this appeal, and, if so, whether appellant is indigent and thus entitled to a free record and appointed counsel on appeal. This court also ordered the trial court judge to appoint an appellate counsel for appellant if necessary, to see that a record of the hearing was made, to make findings of fact and conclusions of law, and to forward records of the hearing including its findings and conclusions. On November 4, 2021, the trial court clerk forwarded the requested records, which among other things state that attorney Fred Krasny was appointed as appellate counsel for appellant.

Accordingly, this court lifts the abatement and reinstates the appeal. As the clerk's record and reporter's record have both been filed with this court, appellant is directed to file her brief within **20 days** of the date of this order.

PER CURIAM


Panel Consists of Justices Jewell, Bourliot, and Poissant.